IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **JANICE BENJAMIN,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **CIVIL ACTION NO. 08-0648-CG-M** |
| | ) | |
| **WEST GATE VILLAGE, LLC,** | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

This cause is before the court on the plaintiff's motion for leave to amend complaint to add Crowne Management, LLC as a defendant to this action (Doc. 36). The court should freely give leave when justice so requires." FED.R.CIV.P. 15(a)(2). Counsel for the plaintiff represent that defense counsel intends to defend both entities. Therefore, the plaintiff's motion is hereby **GRANTED**. The clerk of court is directed to file the amended complaint attached to the plaintiff's motion. Answers shall be filed within ten (10) days of the amended complaint being docketed.

**DONE and ORDERED** this the 30th day of April, 2009.

Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE